# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA ENNIS, MICHAEL MENDEZ, and MAURICE TRULL,<br><br>  Plaintiffs,<br><br>v.<br><br>14th & COMMERCIAL CIC-FHHP, LP dba ST. TERESA OF CALCUTTA APARTMENTS, ROYAL PROPERTY MANAGEMENT GROUP, HYDER PROPERTY MANAGEMENT PROFESSIONALS LLC,<br><br>  Defendants. | Case No. 23-cv-1316-BAS-AHG<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS (ECF No. 43)** |

On March 19, 2024, Third-Party Plaintiff Level 10 Construction, LP and Third-Party Defendant Schindler Elevator Corporation submitted a joint stipulation for dismissal of the instant action without prejudice. (ECF No. 43 (the "Stipulation").)

Under Federal Rule of Civil Procedure ("Rule") 41(a)(1)(A), a plaintiff has an absolute right to voluntarily dismiss his action by (1) filing a notice of voluntary dismissal before a defendant has filed an answer or moved for summary judgment, *see* Rule 41(a)(1)(A)(i), or (2) filing a stipulation of dismissal signed by all parties who have appeared, *see* Rule 41(a)(1)(A)(ii). *See also Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Dismissal pursuant to Rule 41(a)(1)(A)(ii) is effective upon the filing of a

compliant notice or stipulation.  No court order is required.  *See Stone v. Woodford*, CIV-F-05-845 AWI-DLB, 2007 WL 527766 (E.D. Cal. Feb. 16, 2007).  Nonetheless, the local civil rules of this district require that where, as here, litigants seek voluntary dismissal by filing a signed stipulation pursuant to Rule 41(a)(1)(A)(ii), such a stipulation must be filed as a joint motion.[1]

In the interests of justice and judicial economy, the Court shall construe the parties' Stipulation as the requisite joint motion.  Accordingly, the Court, having considered the Stipulation, and for good cause shown, hereby **DISMISSES** Level 10 Construction's third-party complaint against Schindler Elevator Corporation.  This dismissal is without prejudice.

**IT IS SO ORDERED.**

DATED: March 25, 2024

Hon. Cynthia Bashant
United States District Judge

---

[1] *See* Electronic Case Filing Administrative Policies and Procedures Manual, United States District Court for the Southern District of California.