UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA ENNIS, MICHAEL MENDEZ, and MAURICE TRULL,<br><br>Plaintiffs,<br><br>v.<br><br>14th & COMMERCIAL CIC-FHHP, LP dba ST. TERESA OF CALCUTTA APARTMENTS, *et al.*,<br><br>Defendants. | Case No. 23-cv-1316-BAS-AHG<br><br>**ORDER DENYING JOINT MOTION TO DISMISS COMPLAINT**<br><br>**(ECF No. 72)** |

Before this Court is the parties' request to dismiss Plaintiff's complaint with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) and for the magistrate judge to maintain jurisdiction over the remaining crossclaim and disputes concerning the settlement agreement. (ECF No. 72.)

A dismissal is without prejudice unless the parties stipulate otherwise. *See* Fed. R. Civ. P. 41(a)(1)(B). Here, many of the parties have stipulated otherwise, **but not all of them**. (ECF No. 17 at 2–4.) Level 10 and Schindler Elevator Corporation did not sign onto the Joint Motion. Accordingly, the Court can neither dismiss Plaintiff's action with prejudice nor submit the settlement oversight and the crossclaim to the jurisdiction of the

magistrate judge, *see* 28 U.S.C. § 636(c)(1) (requiring the consent of the parties to submit proceedings to a magistrate judge). The Joint Motion is therefore **DENIED** without prejudice.

**IT IS SO ORDERED.**

DATED: June 3, 2025

_____
**Hon. Cynthia Bashant, Chief Judge
United States District Court**