

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA ENNIS, MICHAEL MENDEZ, and MAURICE TRULL,<br><br>Plaintiffs,<br><br>v.<br><br>14TH & COMMERCIAL CIC-FHHP, LP dba ST. TERESA OF CALCUTTA APARTMENTS, *et al.*,<br><br>Defendants. | Case No. 23-cv-1316-BAS-AHG<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS COMPLAINT (ECF No. 74)** |

Before this Court is the parties' request to dismiss Plaintiff's complaint with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). (ECF No. 74.) A dismissal is without prejudice unless the parties stipulate otherwise. *See* Fed. R. Civ. P. 41(a)(1)(B). Here, the parties have stipulated otherwise. (ECF No. 74 at 2–3.) Having considered the parties' request, the Court **GRANTS** the Joint Motion. (*Id.*) Thus, the Court **DISMISSES WITH PREJUDICE** Plaintiff's Complaint. Each party shall bear its own attorney's fees and costs. Defendants/Cross-Claimants 14TH & COMMERCIAL CIC-VHHP, LP's action against Cross-Defendants LEVEL 10 and SCHINDLER ELEVATOR CORPORATION shall not be subject to dismissal at this time and until further Order of the Court.

Pursuant to the parties' stipulation, however, the parties will be subject to the jurisdiction of this Court through United States Magistrate Judge Allison H. Goddard for a period of two years, commencing on April 9, 2025, regarding all disputes regarding or arising out of (1) the settlement between the parties, and (2) 14TH & COMMERCIAL CIC-VHHP, LP's prosecution of its cross-claims against LEVEL 10 and SCHINDLER ELEVATOR CORPORATION. (ECF No. 74 at 2.)  Any decision by Magistrate Judge Goddard shall be binding and the parties specifically waive any right to appeal. (*Id.*)

**IT IS SO ORDERED.**

**DATED: June 30, 2025**

*[signature]*

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**