UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA ENNIS; MICHAEL MENDEZ; and MAURICE TRULL, <br><br> Plaintiffs, <br><br> v. <br><br> 14TH & COMMERCIAL CIC-FHHP, LP, d/b/a ST. TERESA OF CALCUTTA APARTMENTS; ROYAL PROPERTY MANAGEMENT GROUP; and HYDER PROPERTY MANAGEMENT PROFESSIONALS LLC, <br><br> Defendants. | Case No.: 3:23-cv-01316-AHG <br><br> **ORDER SETTING IN-PERSON SETTLEMENT CONFERENCE** |
| 14TH & COMMERCIAL CIC-FHHP, LP, <br><br> Cross Claimant, <br><br> v. <br><br> ROYAL PROPERTY MANAGEMENT GROUP and HYDER PROPERTY MANAGEMENT PROFESSIONALS LLC, <br><br> Cross Defendants. | |

1

ROYAL PROPERTY MANAGEMENT GROUP,

                Cross Claimant,

v.

14TH & COMMERCIAL CIC-FHHP, LP and HYDER PROPERTY MANAGEMENT PROFESSIONALS LLC,

                Cross Defendants.

_____

14TH & COMMERCIAL CIC-FHHP, LP

                Third-Party Plaintiff,

v.

LEVEL 10 CONSTRUCTION, LP; SCHINDLER ELEVATOR CORPORATION; and ROES 1 through 25,

                Third-Party Defendants.

A settlement conference was held on February 23, 2026. ECF No. 85. Though the case did not settle, the Court finds additional settlement discussions would be beneficial. Accordingly, an **in-person** Settlement Conference is **SET** for **May 15, 2026** at **9:30 a.m.** before Magistrate Judge Allison H. Goddard and with the following parties: **14th & Commercial, Level 10 Construction, and Schindler Elevator Corporation**.

In accordance with the Local Rules, the Court requires attendance of all parties, party representatives, including claims adjusters for insured defendants, and the primary attorney(s) responsible for the litigation. CivLR 16.1(c)(1).

The Court issues the following **Mandatory Procedures** to be followed in

preparation for the Settlement Conference:

1.    **Purpose of the Conference:**  The purpose of the conference is to permit an informal discussion between the attorneys and the settlement judge to achieve an early resolution of the issues at hand. All discussions will be informal, off the record, and confidential.

2.    **Full Settlement Authority Required:** A party or party representative with **full and complete authority to enter into a binding settlement** must be present. Full authority to settle means that a person must be authorized to fully explore settlement options and to agree at that time to any settlement terms acceptable to the parties. *Heileman Brewing Co., Inc. v. Joseph Oat Corp.*, 871 F.2d 648, 653 (7th Cir. 1989). The person needs to have "unfettered discretion and authority" to change the settlement position of a party. *Pitman v. Brinker Int'l, Inc.*, 216 F.R.D. 481, 485–86 (D. Ariz. 2003). Limited or sum certain authority is not adequate. *Nick v. Morgan's Foods, Inc.*, 270 F.3d 590, 595–97 (8th Cir. 2001). A person who needs to call another person who is not present before agreeing to any settlement does not have full authority.

3.    **Confidential Conference Statements Required:**  No later than **May 7, 2026**, the parties shall submit confidential statements directly to the chambers of Magistrate Judge Goddard. **These statements shall not be filed or served on opposing counsel.** They shall be lodged via email at efile_goddard@casd.uscourts.gov. The statement is limited to **three (3) pages or less.** There is not a page limit on exhibits.  Each party's statement must outline:

A.    the nature of the claim,

B.    position on liability or defense,

C.    position regarding settlement of the case with a **specific demand/offer for settlement,**[1] and

---

[1] If a specific demand or offer cannot be made at the time the conference statement is submitted, then the reasons as to why a demand or offer cannot be made must be stated.

D.      any previous settlement negotiations or mediation efforts.

The Court may use GenAI tools to review the information that the parties submit. Either party may object to the Court's use of such tools by advising the Court's law clerk of that objection when they submit the information. The Court will respect that objection without any further explanation, and the Court's law clerk will only communicate to Judge Goddard that there was an objection, not which party made the objection.

4.    **Meeting Participant Information Required**: No later than **May 7, 2026**, counsel for each party shall send an e-mail to the Court at efile_goddard@casd.uscourts.gov containing the following:

A.    the name and title of each participant, including all parties and party representatives with full settlement authority, claims adjusters for insured defendants, and the primary attorney(s) responsible for the litigation;

B.    an e-mail address for each participant to receive the conference invitation;

C.    a telephone number where each participant may be reached; and

D.    a cell phone number for that party's preferred point of contact (and the name of the individual whose cell phone it is) for the Court to use during the conference.

**IT IS SO ORDERED.**

Dated:  February 25, 2026

_____
Honorable Allison H. Goddard
United States Magistrate Judge

Further, the party must explain when they will be in a position to state a demand or offer.

4

3:23-cv-01316-AHG